Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff*
*Kenneth Jamison*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH JAMISON,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOWBROOK INDUSTRIES, LLC<br>and JOSEPH CALDEIRA,<br><br>Defendants. | Civil Action No.: 3:25-cv-13182-MAS-JTQ<br><br>**SUMMONS RETURNED EXECUTED AS TO MEADOWBROOK INDUSTRIES, LLC ONLY** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Kenneth Jamison has served upon Defendant Meadowbrook Industries, LLC copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Exhibit A – Notice of Right to Sue

4) Notice of Assignment of Case.

Attached hereto is a copy of the Proof of Service.

1

Dated: July 25, 2025,

        */s/ Emanuel Kataev*
Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff*
*Kenneth Jamison*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-13182-MAS-JTQ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MEADOWBROOK INDUSTRIES, LLC</u> was received by me on *(date)* <u>July 16, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>KATHY BOOS</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>MEADOWBROOK INDUSTRIES, LLC, the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Exhibit A - Notice of Right to Sue; and 5) Notice of Assignment of Case</u> on *(date)* <u>Monday, July 21, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 

_____  7/24/25
Server's signature

Pete Cerruto
_____
Printed name and title

Medley Serves & Investigations, LLC
3276 Oceanic Drive, Toms River, NJ 08753
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 21, 2025, 8:34 am EDT at COMPANY: 320 EDISON AVENUE, JACKSON, NJ 08527 received by KATHY BOOS. Age: 55-65 YEARS OLD ; Ethnicity: Caucasian; Gender: Female; Weight: 160-200 LBS; Height: 5'4"; Hair: White; Eyes: Blue; Relationship: CONTROLLER;
Kathy is in charge of all legal for the company