Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff*
*Kenneth Jamison*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH JAMISON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEADOWBROOK INDUSTRIES, LLC<br>and JOSEPH CALDEIRA,<br><br>　　　　　Defendants. | Civil Action No.: 3:25-cv-13182-MAS-JTQ<br><br>**SUMMONS RETURNED EXECUTED AS TO JOSEPH CALDEIRA ONLY** |

　　　　Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Kenneth Jamison has served upon Defendant Joseph Caldeira copies of the following documents:

　　　　1) Issued Summons;

　　　　2) Complaint;

　　　　3) Civil Cover Sheet;

　　　　4) Exhibit A – Notice of Right to Sue

　　　　4) Notice of Assignment of Case.

Attached hereto is a copy of the Proof of Service.

1

Dated: July 25, 2025,

                                                */s/ Emanuel Kataev*
Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff*
*Kenneth Jamison*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**KENNETH JAMISON,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**MEADOWBROOK INDUSTRIES, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:25−CV−13182−MAS−JTQ**

TO: *(Name and address of Defendant):*

Joseph Caldeira
320 Edison Avenue
Jackson, NJ 08527

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
ekataev@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**



**ISSUED ON 2025−07−11 13:19:53**, Clerk USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-13182-MAS-JTQ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>JOSEPH CALDEIRA</u> was received by me on *(date)* <u>July 16, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>KATHY BOOS</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>JOSEPH CALDEIRA, the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Exhibit A - Notice of Right to Sue; and 5) Notice of Assignment of Case</u> on *(date)* <u>Monday, July 21, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:

_____  7/21/25
*Server's signature*

Pete Cerruto
_____
*Printed name and title*

Medley Serves & Investigations, LLC
3276 Oceanic Drive, Toms River, NJ 08753
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 17, 2025, 9:15 am EDT at 320 EDISON AVENUE, JACKSON, NJ 08527
Nobody inside the office

2) Unsuccessful Attempt: Jul 18, 2025, 4:16 pm EDT at 320 EDISON AVENUE, JACKSON, NJ 08527
Monday 9 AM they will be there to accept

3) Successful Attempt: Jul 21, 2025, 8:36 am EDT at 320 EDISON AVENUE, JACKSON, NJ 08527 received by KATHY BOOS. Age: 55-65 YEARS OLD ; Ethnicity: Caucasian; Gender: Female; Weight: 160-200 LBS; Height: 5'4"; Hair: White; Eyes: Blue; Relationship: CONTROLLER;
Kathy is in charge of all legal for the company