Ellen M. Boyle, Esq. - NJ ID No. 043211987
Kirmser, Cunningham & Skinner
202A Hall's Mill Road
P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
Attorneys for Meadowbrook Industries, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Jamison<br><br>  Plaintiff<br><br>v.<br><br>Meadowbrook Industries, LLC, ET AL<br><br>  Defendant | CIVIL ACTION NO. 3:25-cv-13182-MAS-JTQ<br><br>**NOTICE OF ATTORNEY APPEARANCE, REQUEST FOR COUNSEL DESIGNATION AS LEAD COUNSEL AND REQUEST TO RECEIVE ELECTRONIC NOTIFICATION** |

　　PLEASE TAKE NOTICE that Ellen M. Boyle of the law firm of Kirmser, Cunningham & Skinner is hereby appearing as counsel for the Meadowbrook Industries, Inc. in the above-referenced matter.

　　Request is hereby made by the undersigned to be designated as lead counsel for the Meadowbrook Industries, Inc. in the above-referenced matter.

　　Request is further made by the undersigned to receive electronic notification in the within matter at the following email address: ellen.boyle@kirmserlaw.com.

> Kirmser, Cunningham & Skinner
> 202A Hall's Mill Road
> P O Box 1675
> Whitehouse Station, New Jersey 08889-1675
> (908) 572-3600
> Attorneys for Meadowbrook Industries, Inc.
>
> *Ellen M. Boyle*
> By:_____
> 　　Ellen M. Boyle

Dated: July 29, 2025