Ellen M. Boyle, Esq. - NJ ID No. 043211987
Kirmser, Cunningham & Skinner
202A Hall's Mill Road, P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
Attorneys for Defendant Meadowbrook Industries, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Jamison<br><br>    Plaintiff<br>        v.<br><br>Meadowbrook Industries, LLC, ET AL<br><br>    Defendant | CIVIL ACTION NO. 3:25-cv-13182-MAS-JTQ<br><br>**REQUEST FOR CLERK'S EXTENSION PURSUANT TO L. Civ. R. 6.1** |

Defendant Meadowbrook Industries, Inc. hereby requests that the time to file an Answer or other response to the Complaint, which was filed with this Court on July 11, 2025, be extended 14 days, pursuant to Local Civil Rule 6.1.

Defendant Meadowbrook Industries, Inc. received Notice of the Complaint on or about July 15, 2025. That was Defendant's first notice of the instant litigation. The initial time in which to respond expires on August 5, 2025.

No other extensions of time to file have been sought or granted.

                                        Kirmser, Cunningham & Skinner
                                        202A Hall's Mill Road
                                        P O Box 1675
                                        Whitehouse Station, New Jersey 08889-1675
                                        (908) 572-3600
                                        Attorneys for Defendant Meadowbrook Industries, Inc.

By: _____
      Ellen M. Boyle

Dated: July 29, 2025

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Kenneth Jamison<br><br>Plaintiff<br><br>v.<br><br>Meadowbrook Industries, LLC, ET AL<br><br>Defendant | CIVIL ACTION NO. 3:25-cv-13182-MAS-JTQ<br><br>**ORDER GRANTING CLERK'S EXTENSION PURSUANT TO L. Civ. R. 6.1** |

Timely application having been made for a Clerk's Order extending time within which Defendant Meadowbrook Industries, Inc. may answer, move, or otherwise reply to the Complaint, filed by Plaintiff Kenneth Jamison herein, and it having been represented that:

1. No previous extension has been obtained;

2. Process was served by July 15, 2025; and

3. The time in which Defendant may respond expires on August 6, 2025;

It is hereby ORDERED that the requested extension is GRANTED, and Defendant Meadowbrook Industries, Inc.'s deadline to answer, move or otherwise reply to the Complaint shall be extended 14 days, to August 20, 2025.

Clerk of Court Melissa E. Rhoads

_____

By: Deputy Clerk