Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Kenneth Jamison*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH JAMISON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEADOWBROOK INDUSTRIES, LLC and JOSEPH CALDEIRA,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-13182 (MAS) (JTQ)<br><br>**PLAINTIFF'S UNOPPOSED MOTION OR FOR LEAVE TO APPEAR REMOTELY AT THE HEARING ON SCHEDULING CONFERENCE ON OCTOBER 29, 2025 AT 2:30 PM** |

Plaintiff Kenneth Jamison ("Plaintiff"), by and through their undersigned counsel, hereby respectfully requests this Court to enter an Order permitting Plaintiff's counsel, Emanuel Kataev, Esq. to appear by Zoom videoconference or via telephone at the hearing on their Scheduling Conference (Doc. 9) scheduled for October 29, 2025 at 2:30 PM. (the "Conference"). In support of this request, the parties state as follows:

1. Pursuant to this Court's Order Governing Proceedings (Docket No. 9), the Parties are required to appear before the Hon. Justin T. Quinn, U.S.M.J. on October 29, 2025 at 2:30 PM, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ.

2. Pursuant to the Court's Order (ECF Docket Entry 9) and the Court's Standing Order, lead counsel for the parties must be present at the conference.

1

3. Plaintiff's lead counsel resides in Great Neck, New York making an in-person appearance at the hearing burdensome and costly. In order to avoid travel costs and keep the costs of litigation lower, Emanuel Kataev, Esq. respectfully requests to attend the hearing via video conference or, alternatively, via telephone.

4. The Parties filed a Joint Discovery Plan (ECF Docket Entry 10).

5. The Parties had no disagreements within the report and are in agreement regarding all proposals contained therein.

6. The Parties assure this Court that they will meaningfully participate in the Scheduling Conference by telephone or by video conference (Zoom), and that such appearances will not prejudice any party nor hamper the efficient running of the Conference.

7. Plaintiff's counsel has conferred with counsel for Defendants Meadowbrook Industries, LLC and Joseph Caldeira. Defendants are unopposed to Plaintiff's Motion, and join in Plaintiff's Motion as Defendants wish to appear for the conference virtually, as well.

WHEREFORE, and good cause appearing, Plaintiff respectfully requests this Honorable Court enter an Order granting Plaintiff's request to appear remotely at the hearing on Scheduling Conference, scheduled for October 29,2025 at 2:30 PM.

Dated: Flushing, New York
October 22, 2025                                         Respectfully submitted,

                                          **CONSUMER ATTORNEYS, PLLC**
                                          */s/ Emanuel Kataev*
                                          Emanuel Kataev, Esq.
                                          6829 Main Street
                                          Flushing NY 11367-1305
                                          (718) 412-2421 (office)
                                          (718) 489-4155 (facsimile)
                                          ekataev@consumerattorneys.com

                                          *Attorneys for Plaintiff*
                                          *Kenneth Jamison*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ Emanuel Kataev, Esq.*