UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH JAMISON,<br><br>    Plaintiff,<br><br>vs.<br><br>MEADOWBROOK INDUSTRIES, LLC<br>and JOSEPH CALDEIRA,<br><br>    Defendant. | Case No.: 3:25-cv-13182 (MAS) (JTQ)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT THE HEARING ON SCHEDULING CONFERENCE ON <u>OCTOBER 29, 2025 AT 2:30 PM</u>** |

Before the Court is Plaintiff's Unopposed Motion for Leave to Appear Remotely at the Scheduling Conference on October 29, 2025. After careful review, and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**.

Plaintiff's counsel, Emanuel Kataev, Esq. shall appear by telephone or alternatively via Zoom video conference, at the hearing on October 29, 2025 scheduled for 2:30 PM.

Defendant's counsel, Ellen M. Boyle, Esq., may appear by telephone or alternatively via Zoom video conference, at the hearing on October 29, 2025, scheduled for 2:30 PM.

**IT IS SO ORDERED.**

_____                    _____
Date                                                HONORABLE JUSTIN T. QUINN
                                                    UNITED STATES MAGISTRATE JUDGE

1