# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

May 11, 2026

<u>VIA ECF</u>
United States District Court
District of New Jersey
<u>Attn</u>: Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Courtroom 6W
Trenton, NJ 08608

> *Re:*   **Jamison v. Meadowbrook Industries, LLC,** *et ano.*
> **Case No.: 3:25-cv-13182 (MAS) (JTQ)**

Dear Judge Quinn:

This firm represents the Plaintiff in this case. Plaintiff writes to respectfully request an adjournment of the telephonic status conference slated to take place today, May 11, 2026 at 10:30 AM.

Pursuant to § 2 of this Court's Civil Case Management Order, Plaintiff respectfully submits that:

(a) The conference is scheduled for today, May 11, 2026 at 10:30 AM;

(b) Plaintiff requests an adjournment in the Court's discretion;

(c) Plaintiff requests this extension because your undersigned is required to appear[1] in-person before the Hon. Ronald Castorina, Jr., J.S.C. in the Supreme Court of the State of New York, Richmond County, for a contempt hearing;

(d) Plaintiff was unable to timely seek Defendants' consent for the reasons set forth in the footnote below; and

---

[1] Your undersigned expected that co-counsel would be able to appear for the hearing, which was initially scheduled to proceed at 9:30 AM.  However, the time of the hearing got moved up to noon such that co-counsel could not appear due to a trial beginning in Riverhead, NY on Long Island at 2:00 PM, resulting in my last-minute need to appear.  Your undersigned will be traveling from Great Neck, NY where he resides to Staten Island, NY at the time of the scheduled telephonic conference in this case.  Accordingly, there exists both good cause and excusable neglect such that this Court may grant the requested adjournment.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

(e) It is not anticipated that this extension request, if granted, would impact other scheduled dates or deadlines at this time.

Plaintiff respectfully submits that, based on the foregoing, there exists good cause and excusable neglect such that this Court may exercise its discretion in favor of granting the requested adjournment.

Plaintiff thanks this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:     Jamaica, New York
          May 11, 2026                        Respectfully submitted,

**SAGE LEGAL LLC**

_/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Kenneth Jamison*

**VIA ECF**
All counsel of record

2