# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

May 14, 2026

**VIA ECF**
United States District Court
District of New Jersey
<u>Attn</u>: Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Courtroom 6W
Trenton, NJ 08608

> *Re:*   **Jamison v. Meadowbrook Industries, LLC,** *et ano.*
> **Case No.: 3:25-cv-13182 (MAS) (JTQ)_____**

Dear Judge Quinn:

Counsel for the Parties jointly submit this letter in accordance with the Local Civil Rules of the United States District Court for the District of New Jersey and the Court's prior Order regarding the scheduling of a conference in the above-captioned matter.

Pursuant to the Court's directive, the Parties write to advise the Court of their mutual availability for a conference call during the month of May. In addition to previously provided dates, the Parties are available on the following date: May 21, 2026 in the morning.  In the event this date does not work, the parties request that the Court reschedule for any date thereafter.

The Parties remain available at the Court's convenience and will make every effort to accommodate the Court's schedule.

Dated:   Jamaica, New York
     May 14, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq._____*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Kenneth Jamison*

**VIA ECF**
All counsel of record