Ellen M. Boyle, Esq. - NJ ID No. 04311987
Kirmser, Lamastra, Cunningham & Skinner
202A Hall's Mill Road
P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
ellen.boyle@kirmserlaw.com
Attorneys for Defendants Meadowbrook Industries, Inc.
and Joseph Calderia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Jamison | Hon.  Michael A. Shipp, U.S.D.J. |
| Plaintiff | Civil Action No.: 3:25-cv-13182-MAS-JTQ |
| v. | |
| Meadowbrook Industries, Inc.; and Joseph Calderia | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants | |

**TO:**        Emanuel Kataev, Esq.
Consumer Attorneys PLLC
6829 Main Street
Flushing, NY 11367-1305

PLEASE TAKE NOTICE that on the next available motion day, or as soon thereafter as counsel may be heard, Defendants, by and through their attorneys, shall move before the Honorable Michael A. Shipp, U.S.D.J., Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, NJ 08608, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure based upon Plaintiff's complete failure to answer Defendants' First Set of Interrogatories and First Request for Production of Documents and Plaintiff's failure to prosecute this action.

TAKE FURTHER NOTICE that Defendants shall rely upon:

1.      The accompanying Letter Brief in Support;

3.      The Declaration of Ellen M. Boyle, Esq., with attached exhibits;

4.      The Proposed Form of Order; and

5.      Such other argument and evidence as the Court may consider.

TAKE FURTHER NOTICE Defendants respectfully request oral argument pursuant to

Local Civil Rule 78.1, if the Court believes oral argument would assist in deciding this motion.

> KIRMSER, CUNNINGHAM & SKINNER
> Attorneys for Defendants Meadowbrook Industries,
> Inc.; and Joseph Calderia
>
> *Ellen M. Boyle*
>
> By:_____
>       Ellen M. Boyle

Dated: July 7, 2026

2