Ellen M. Boyle, Esq. - NJ ID No. 04311987
Kirmser, Lamastra, Cunningham & Skinner
202A Hall's Mill Road
P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
ellen.boyle@kirmserlaw.com
Attorneys for Defendants Meadowbrook Industries, Inc.
and Joseph Calderia

|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Kenneth Jamison<br><br>    Plaintiff<br><br>            v.<br><br>Meadowbrook Industries, Inc.; and Joseph Calderia<br><br>    Defendants | Hon.  Michael A. Shipp, U.S.D.J.<br><br>Civil Action No.: 3:25-cv-13182-MAS-JTQ<br><br>**CERTIFICATION OF ELLEN M. BOYLE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT** |

I, Ellen M. Boyle, Esq., of full age, certify that:

1.      I am an Attorney licensed to practice in the State of New Jersey and am associated with the law firm of Kirmser, Cunningham & Skinner, attorneys for Defendants Meadowbrook Industries, Inc. and Joseph Calderia.  I make this certification in support of Defendants Motion to Dismiss the Complaint based upon Plaintiff's complete failure to answer Defendants' First Set of Interrogatories and First Request for Production of Documents and Plaintiff's failure to prosecute this action. As such, I am fully familiar with the facts of this matter.

2.      Attached hereto as **Exhibit A** is Plaintiff's Complaint.

3.      Attached hereto as **Exhibit B** are Defendants' responses to interrogatories and document requests

4.    Attached hereto as **Exhibit C** is the Pretrial Schedule Order entered on October 29, 2025.

5.    Attached hereto as **Exhibit D** is the Defendants' First Set of Interrogatories, First Request for Production of Documents, and Request For Admissions Served upon Plaintiff.

6.    Attached hereto as **Exhibit E** are email dated December 1, 2025, from Plaintiff's counsel requesting a 30-day extension to submit Plaintiff's discovery responses and Defendant's counsel email agreeing to the extension.

7.    Attached hereto as **Exhibit F** is an email from Plaintiff's counsel requesting an additional 30-day extension to respond to Defendants' discovery and Defendants' counsel's response agreeing and advising that this was the last extension request granted.

8.    Attached hereto as **Exhibit G** is an email from Plaintiff's counsel requesting another 30-day extension to respond to discovery and Defendants' counsel email advising that Defendants would not consent to a third extension.

9.    On February 17, 2026, during a telephone status conference with Judge Justin T. Quinn, Defendants raised the issue that Plaintiff failed to serve any responses or objections to Defendants' discovery responses.

10.    For the first time, Plaintiff's counsel advised that Plaintiff was incarcerated and counsel was going to meet with him to review and finalize the discovery responses and that the responses would be served in the next few weeks.

11.    Judge Quinn scheduled a telephone status conference for May 11, 2026, but Plaintiff filed an emergency motion to continue the conference. See **Exhibit H** attached hereto.

12.    Attached hereto as **Exhibit I** is the notice rescheduling the telephone status conference to June 10, 2026.

13. During the June 10, 2026 telephone status conference, Defendants once again advised that they received no discovery responses from Plaintiff.

14. Plaintiff's attorney advised that he was unaware where his client was incarcerated and that he had no way to communicate with his client. Plaintiff's counsel represented that Plaintiff had been communicating through his girlfriend but he was no longer doing so.

15. During the status conference, Plaintiff's counsel advised that his staff had discovered Plaintiff was incarcerated at the Ocean County Jail.

16. Defense counsel requested permission to file a motion to dismiss for failure to respond to discovery.

17. Attached hereto as **Exhibit J**, is the June 29, 2026 text order granting Defendants leave to file the present motion seeking dismissal based upon Plaintiff's discovery violations.

18. Attached hereto as **Exhibit K** is the Request for Admissions served on Plaintiff on October 31, 2025.

19. To date, Plaintiff still has not produced any written discovery responses or documents or responses to the Request for admissions.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
    Ellen M. Boyle

Dated: July 7, 2026

3