# EXHIBIT A

DEFS0155

# New Jersey Police Crash Investigation Report

☐ Fatal  ☒ Reportable  ☐ Non-Reportable  ☐ Change Report

| 1. Case Number | | 10. Crash Occurred On: | | | 11. Speed Limit | | |
|---|---|---|---|---|---|---|---|
| E030202400332C | | GARDEN STATE PARKWAY  S | | | 65 | 444 | 68.9 |

**2. Police Dept. of:** New Jersey State Police **Code** 02
**Road Name** — **Dir** S — **12. Route No.** 444 — **Suffix** — **13. Milepost** 68.9

**18. Speed Limit** 85

**3. Station/Precinct:** E030
☐ At Intersection with ☐ N ☐ E
☒ Feet  ☐ Miles  12.00  ☒ S ☐ W
**19.** ☐ To: **17. Cross Road Name/Route No.** ☐ NB ☐ EB
Ramp ☐ From: ☐ SB ☐ WB

| 4. Date of Crash | 5. Day of Week | 6. Time (use 2400 hrs.) | 7. Municipality Code | 8. Total Killed | 9. Total Injured | 21. Latitude | 20. Route Name/Route No. | 22. Longitude |
|---|---|---|---|---|---|---|---|---|
| 04/12/2024 | Friday | 0618 | 1533 | 0 | 4 | 39.774656 | | -74.245186 |

| 23. Veh. # | 24. Policy No. | | | | 25. NJ Ins. Code | 53. Veh. # | 54. Policy No. | | 55. NJ Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| 01 | PC220425790 | | | | 117 | P1 | | | |

☐ Parked ☐ Ped ☐ Pedalcyclist ☒ Resp. to Emergency ☐ Hit & Run
☐ Parked ☒ Ped ☐ Pedalcyclist ☐ Resp. to Emergency ☐ Hit & Run

| 26. Driver's First Name | Initial | Last Name | 29. Sex | 56. Driver's First Name | Initial | Last Name | 59. Sex |
|---|---|---|---|---|---|---|---|
| Kenneth | M | Jamison | M | MEGAN | E | RUSSO | F |

| 27. Number & Street | 57. Number & Street |
|---|---|
| 2324 PINE GROVE AVENUE | 124 S FORECASLTE DRIVE |

| 28. City | State | Zip | 58. City | State | Zip |
|---|---|---|---|---|---|
| TOMS RIVER | NJ | 08753 | LITTLE EGG HARBOR | NJ | 08087 |

| 30. Eyes | DL Class | Restrictions | Endorsements | 31. State | 60. Eyes | DL Class | Restrictions | Endorsements | 61. State |
|---|---|---|---|---|---|---|---|---|---|
| 02 | B | L | M | NJ | 06 | | | | |

| 32. Driver's License Number | 33. DOB | 34. Expires | 62. Driver's License Number | 63. DOB | 64. Expires |
|---|---|---|---|---|---|
| [redacted] | 07/10/1979 | 07/10/2026 | | 10/28/1980 | |

| 35. Owner's First Name | Initial | Last Name | 65. Owner's First Name | Initial | Last Name |
|---|---|---|---|---|---|
| ☐ Same as Driver  REGIONAL INDUSTRIES LLC | | | ☐ Same as Driver | | |

| 36. Number & Street | 66. Number & Street |
|---|---|
| 800 EAST GRAND STREET | |

| 37. City | State | Zip | 67. City | State | Zip |
|---|---|---|---|---|---|
| ELIZABETH | NJ | 07201 | | | |

| 38. Make | 39. Model | 40. Color | 41. Year | 42. Plate No. | 43. State | 68. Make | 69. Model | 70. Color | 71. Year | 72. Plate No. | 73. State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MACK | MRU | YL | 2009 | XR981W | NJ | | | | | | |

| 44. VIN | 45. Expires | 74. VIN | 75. Expires |
|---|---|---|---|
| 1M2AV02C09M003933 | 04/30/2024 | | |

| 46. Vehicle Removed to: | 76. Vehicle Removed to: |
|---|---|
| ACCURATE TOWING | |

☐ Driven ☐ Towed Disabled ☒ Towed Disabled & Impounded
☐ Left at Scene ☐ Towed Impounded

☐ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded
☐ Left at Scene ☐ Towed Impounded

**47. Authority:** ☐ Owner ☐ Driver ☒ Police
**77. Authority:** ☐ Owner ☐ Driver ☐ Police

**48. Alcohol Drug Test**
Given: ☐ No ☒ Yes ☐ Refused
Type: ☐ Breath ☒ Blood ☐ Urine
Results: ___% ☒ Pending

**49. Hazardous Material**
☒ None ☐ On Board ☐ Spill
Hazard Class ___ Placard No. ___

**78. Alcohol Drug Test**
Given: ☒ No ☐ Yes ☐ Refused
Type: ☐ Breath ☐ Blood ☐ Urine
Results: ___% ☐ Pending

**79. Hazardous Material**
☐ None ☐ On Board ☐ Spill
Hazard Class ___ Placard No. ___

**50. Carrier No.**
☒ USDOT 03048377 ☐ None
☐ MC/MX

**51. GVWR/GCWR (trucks & buses only)**
☐ ≤ 10,000 lbs.
☐ 10,001 - 26,000 lbs.
☒ ≥ 26,001 lbs.

**80. Carrier No.**
☐ USDOT ☐ None
☐ MC/MX

**81. GVWR/GCWR (trucks & buses only)**
☐ ≤ 10,000 lbs.
☐ 10,001 - 26,000 lbs.
☐ ≥ 26,001 lbs.

| 52. Motor Carrier or Government Entity | 82. Motor Carrier or Government Entity |
|---|---|
| REGIONAL INDUSTRIES LLC | |

| Number & Street | Number & Street |
|---|---|
| 800 E GRAND ST | |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| ELIZABETH | NJ | 07201-2722 | | | |

**Level of Autonomy**
150 - AVAILABLE ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☒ Unknown
151 - ENGAGED ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☒ Unknown

**Level of Autonomy**
152 - AVAILABLE ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐ Unknown
153 - ENGAGED ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐ Unknown

**135. Damage to Other Property** ☒ Yes (If Yes, describe) ☐ No
New Jersey Turnpike Authority : Barnegat Toll Plaza

| Oper. | 136. Charge | 137. Summons No. | Oper. | 138. Charge | 139. Summons No. |
|---|---|---|---|---|---|
| 01 | 39:4-50 - DWI | 1520E24000127 | | | |
| Oper. | 140. Charge | 141. Summons No. | Oper. | 142. Charge | 143. Summons No. |
| 01 | 39:4-88b - Unsafe Lane Change | 1502E24000128 | | | |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 01 | 04 | 02 | 44 | M | 01 | 04 | 02 | 04 | 00 | 05 | 6303 | Kenneth M Jamison 2324 PINE GROVE AVENUE TOMS RIVER NJ 08753 |
| B | 01 | 02 | 01 | 03 | 28 | M | 06 | 08 | 02 | 01 | 01 | 05 | 6504 | MALIQUE TISDALE 256 TOMS RIVER ROAD JACKSON NJ 08527 |
| C | 01 | 03 | 04 | 03 | 36 | M | 08 | 05 | 02 | 04 | 00 | 05 | 6504 | DANIEL I CACERES GOMEZ 601 APPOLO ROAD LAKEWOOD NJ 08701 |
| D | P1 | - | - | 02 | 43 | F | 06 | 07 | 02 | - | - | - | 6303 | MEGAN E RUSSO 124 S FORECASLTE DRIVE LITTLE EGG HARBOR NJ 08087 |

DEFS0156

☐ Fatal · **New Jersey Police Crash Investigation Report** · ☒ Reportable ☐ Non-Reportable ☐ Change Report

| 1. Case Number | 10. Crash Occurred On: GARDEN STATE PARKWAY | S | 11. Speed Limit | | | |
|---|---|---|---|---|---|---|
| E030202400332C | Road Name | Dir | 65 | 444 | | 68.9 |

12. Route No.    Suffix    13. Milepost    18. Speed Limit

| 2. Police Dept. of | Code | ☐ At Intersection with  ☐ N ☐ E | | |
|---|---|---|---|---|
| New Jersey State Police | 02 | 12.00 ☒ Feet ☐ Miles   ☒ S ☐ W | of: | |

3. Station/Precinct — E030

14    15    16

19. ☐ To:    17. Cross Road Name/Route No.    ☐ NB ☐ EB
Ramp ☐ From:    ☐ SB ☐ WB
21. Latitude    20. Route Name/Route No.    22. Longitude

| 4. Date of Crash | 5. Day of Week | 6. Time (use 2400 hrs.) | 7. Municipality Code | 8. Total Killed | 9. Total Injured | 21. Latitude | 22. Longitude |
|---|---|---|---|---|---|---|---|
| 04/12/2024 | Friday | 0618 | 1533 | 0 | 4 | 39.774656 | -74.245186 |

| 23. Veh. # | 24. Policy No. | 25. NJ Ins. Code | 53. Veh. # | 54. Policy No. | 55. NJ Ins. Code |
|---|---|---|---|---|---|
| 02 | 1185842E2130 | 962 | - | - | - |

23. ☐ Parked ☐ Ped ☐ Pedalcyclist ☒ Resp. to Emergency ☐ Hit & Run
53. ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp. to Emergency ☐ Hit & Run

| 26. Driver's First Name | Initial | Last Name | 29. Sex | 56. Driver's First Name | Initial | Last Name | 59. Sex |
|---|---|---|---|---|---|---|---|
| John | J | Wanat | M | - | | | - |

| 27. Number & Street | 57. Number & Street |
|---|---|
| 3 EASY STREET | - |

| 28. City | State | Zip | 58. City | State | Zip |
|---|---|---|---|---|---|
| LANOKA HARBOR | NJ | 08734 | - | - | - |

| 30. Eyes | DL Class | Restrictions | Endorsements | 31. State | 60. Eyes | DL Class | Restrictions | Endorsements | 61. State |
|---|---|---|---|---|---|---|---|---|---|
| 02 | D | | | NJ | - | - | - | - | - |

| 32. Driver's License Number | 33. DOB | 34. Expires | 62. Driver's License Number | 63. DOB | 64. Expires |
|---|---|---|---|---|---|
| ▇▇▇▇ | 04/18/1980 | 04/18/2025 | - | - | - |

| 35. Owner's First Name | Initial | Last Name | 65. Owner's First Name | Initial | Last Name |
|---|---|---|---|---|---|
| ☒ Same as Driver  John | J | Wanat | ☐ Same as Driver  - | | |

| 36. Number & Street | 66. Number & Street |
|---|---|
| 3 EASY STREET | - |

| 37. City | State | Zip | 67. City | State | Zip |
|---|---|---|---|---|---|
| LANOKA HARBOR | NJ | 08734 | - | - | - |

| 38. Make | 39. Model | 40. Color | 41. Year | 42. Plate No. | 43. State | 68. Make | 69. Model | 70. Color | 71. Year | 72. Plate No. | 73. State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHEVROLET | COLORADO | GN | 2016 | S96GFR | NJ | - | - | - | - | - | - |

| 44. VIN | 45. Expires | 74. VIN | 75. Expires |
|---|---|---|---|
| 1GCHTDE31G1197317 | 02/28/2021 | - | - |

| 46. Vehicle Removed to: | 76. Vehicle Removed to: |
|---|---|
| South Shore Towing | - |

☐ Driven ☒ Towed Disabled ☐ Towed Disabled & Impounded
☐ Left at Scene ☐ Towed Impounded

☐ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded
☐ Left at Scene ☐ Towed Impounded

47. Authority: ☐ Owner ☐ Driver ☒ Police
77. Authority: ☐ Owner ☐ Driver ☐ Police

48. Alcohol Drug Test — Given: ☒ No ☐ Yes ☐ Refused  Type: ☐ Breath ☐ Blood ☐ Urine  Results: __% ☐ Pending
49. Hazardous Material: ☐ None ☐ On Board ☐ Spill  Hazard Class __ Placard No. __

78. Alcohol Drug Test — Given: ☐ No ☐ Yes ☐ Refused  Type: ☐ Breath ☐ Blood ☐ Urine  Results: __% ☐ Pending
79. Hazardous Material: ☐ None ☐ On Board ☐ Spill  Hazard Class __ Placard No. __

50. Carrier No. ☐ USDOT ___ ☐ None  ☐ MC/MX ___
51. GVWR/GCWR (trucks & buses only): ☐ ≤ 10,000 lbs. ☐ 10,001 - 26,000 lbs. ☐ ≥ 26,001 lbs.

80. Carrier No. ☐ USDOT ___ ☐ None  ☐ MC/MX ___
81. GVWR/GCWR (trucks & buses only): ☐ ≤ 10,000 lbs. ☐ 10,001 - 26,000 lbs. ☐ ≥ 26,001 lbs.

| 52. Motor Carrier or Government Entity | 82. Motor Carrier or Government Entity |
|---|---|
| Number & Street | Number & Street |
| City    State    Zip | City    State    Zip |

Level of Autonomy
150 - AVAILABLE ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☒ Unknown
151 - ENGAGED ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☒ Unknown

Level of Autonomy
152 - AVAILABLE ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐ Unknown
153 - ENGAGED ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐ Unknown

135. Damage to Other Property ☒ Yes (If Yes, describe) ☐ No
New Jersey Turnpike Authority : Barnegat Toll Plaza

| Oper. | 136. Charge | 137. Summons No. | Oper. | 138. Charge | 139. Summons No. |
|---|---|---|---|---|---|
| Oper. | 140. Charge | 141. Summons No. | Oper. | 142. Charge | 143. Summons No. |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 02 | 01 | 01 | 05 | 43 | M | - | - | - | 04 | 04 | 06 | - | John J Wanat  3 EASY STREET LANOKA HARBOR NJ 08734 |
| F | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |

DEFS0157

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | | | | | | | | | | | | | |

**144. Crash Diagram**



**145. Crash Description/Narrative**

On April 12, 2024, a two motor vehicle-pedestrian crash occurred on the Garden State Parkway, in Barnegat Township, Ocean County. This crash was a fixed object collision that resulted in serious injuries to Driver Kenneth M. Jamison and Pedestrian Megan E. Russo.

Preliminary Investigation revealed that Kenneth M. Jamison was operating a 2009 Mack MRU garbage truck south on the Garden State Parkway, in the area of the Barnegat Toll Plaza. John J. Wanat was operating a 2016 Chevrolet Colorado south on the Garden State Parkway, and was stopped at the toll booth. Pedestrian Megan E. Russo was working within the toll booth. In the area of milepost 68.9, the front of the Jamison Mack impacted the concrete toll plaza divider, toll plaza supports, and a toll booth before coming to an uncontrolled final rest. During the collision sequence, the Wanat Chevrolet and Pedestrian Russo were struck by debris set in motion by the Jamison Mack.

This crash is currently under investigation.

***Additional Citations***

01 - 39:4-96 - Reckless Driving - 1520E24000129
01 - 39:4-97 - Careless Driving - 1502E24000130
01 - 19:9-1.12 - Damage to Turnpike Property - 1502E24000131

***Other Descriptions***

01 - Toll Plaza Supports - Field 126c
01 - Toll Booth - Field 126d
P1 - Toll Booth Attendant - Field 123

| 146. Officer's Signature | | 147. Badge # | 148. Reviewer | | Badge # | 149. Case Status |
|---|---|---|---|---|---|---|
| Varga, Johnathan | | 8683 | Kaleta, James | | 7759 | [X] Pending   ☐ Complete |

DEFS0158

| New Jersey Police Crash Investigation Report<br>Motor Vehicle Crash Diagram | Police Dept: New Jersey State Police | Code: 02 |
| --- | --- | --- |
| | Station: E030 | Case No: E030202400332C |

144. Crash Diagram (NOT TO SCALE)



(CP1)

EZ Pass Express Lanes
(Not Depicted)

(CP2)

Concrete Traffic Barrier

Vehicle #1
(Uncontrolled Final Rest)

Concrete Toll Plaza Divider
(Elevated Section)

Concrete Toll Plaza Barrier

Toll Booth
(Impacted)

Concrete Toll Plaza Barrier

Guide Rail

Air Conditioning
Unit

Vehicle #2
(Controlled Final Rest)

NEW JERSEY STATE POLICE

E030-2024-00332C
GARDEN STATE PARKWAY SB / MP 58.9
BARNEGAT TOWNSHIP
OCEAN COUNTY

FINAL REST DIAGRAM

0'          25          50

NJTR-1B (Rev. 01/17)

Varga, Johnathan
Officer's Signature

8683
Badge Number

DEFS0159

# EXHIBIT B

DEFS0160

# Accident / Property Damage Report

## *REGIONAL INDUSTRIES / WASTE INDUSTRIES* (CIRCLE ONE)

| Location | At Scene Investigator's Name | Date & Time Arrived On Scene |
|---|---|---|
| 800 E. GRAND ST. | | |

### EMPLOYEE INVOLVED INFORMATION

| Last Name, First Name, Middle Initial | | | Cell Phone Number |
|---|---|---|---|
| JAMISON,  KENNETH | | M. | 849 224 9863 |
| Job Description at Time of Incident | | | Home Phone Number |
| DRIVER | | | |
| Date & Time employee began work | Supervisor's Name | | |
| 4/12/24  4:48 AM | ~~ADAM ZURAWSKI~~ | | 862-668-5087 |

### INCIDENT INFORMATION    ☒ Vehicle Accident   ☐ Injury   ☐ Ops Liability

| Time & Date of Incident | Type (Vehicle Accident/Ops. Liability Type or Injury Type) | | Critical Incident |
|---|---|---|---|
| 4/12/24  6:30 AM | | | ☒ Yes   ☑ No |
| Address of Incident (Be Specific! Provide nearest actual street address) | City | | Zip/Postal Code |
| GARDEN STATE PKW S. BARNEGAT TOLL PLAZA | BARNEGAT | | 08005 |

### VEHICLE ACCIDENT / OPERATIONAL LIABILITY

**Equipment #**

| Equipment Type | Unit Number | Year | |
|---|---|---|---|
| PACKER | 143 | 2009 | |
| VIN # | | Vehicle Damage | Model |
| 1MZAV02C09M003433 | | NONE | MACK |
| Point of Initial Impact | | Interior Distractions | Seat Belt Condition |
| FRONT BUMPER / CAB | | | |
| Our Action at Time of Accident | | | |
| DRIVING  S. ON  G.S.P. THROUGH  THE  TOLL BOOTH | | | |

**Other Vehicle / Equipment**

| Vehicle Type | License Plate / Unit Number | Year | Make |
|---|---|---|---|
| | | | |
| Vehicle Damage | | Color | Model |
| | | | |
| Point of Initial Impact | | Interior Distractions | Seat Belt Condition/Airbag Deployed |
| | | | |
| OTHER Vehicle Action at Time of Accident | | | |
| | | | |

**Roadway / Physical Evidence**

| Speed Limit / Posted (Y/N) | Weather Conditions | Lighting Conditions | Median Type |
|---|---|---|---|
| | | | |
| Roadway Profile 1-4 (strait/curved) | 2. (level, uphill, downhill, hillcrest) | 3. (asphalt, concrete, dirt, gravel) | 4. (wet / dry) |
| | | | |
| Lane Profile | | Lane Markings Present   ☑ Yes   ☐ No | Traffic Control Devices |

**Intersection Accident**   ☐ Yes   ☑ No

| Initial Impact in Relation to Intersection (prior to, within, after) | Level of Intersection |
|---|---|
| | |

**Struck Pedestrian**   ☐ Yes   ☑ No

| Pedestrian Location | Pedestrian Action |
|---|---|
| | |

### DOT

| Number of Fatalities | Number of DOT Injuries | Number of Vehicles Towed | Hazardous Materials Released?   ☐ Yes   ☐ No |
|---|---|---|---|
| | | | |

DEFS0161

## CLAIMANT DATA (Other Driver / Operator)

| Name | | Driver's License Number | Phone |
|---|---|---|---|
| Address | | City | Zip/Postal Code |
| Owners Name | | Insurance Carrier / Phone / Policy Number | |
| Address | | City | Zip/Postal Code |

### Other Parties Involved

| Name | | Phone | Involvement / Injured? |
|---|---|---|---|
| Name | | Phone | Involvement / Injured? |

### Property Damage Data

| Business Name | | Contact Name | Phone |
|---|---|---|---|

### Witness Data

| Name | | Phone | Involvement |
|---|---|---|---|
| Name | | Phone | Involvement |

### Police Data

| Ticket Issued ☐ Yes   ☐ No | If Yes, To Whom | Report Number | Badge Number |
|---|---|---|---|
| Name of Officer | | Police Department  *NJ STATE POLICE* | |

## INJURY

| Injury Cause | Injury Cause Detail | |
|---|---|---|
| Action at Time of Injury | Injury Type | Body Part |
| Was PPE Required? ☐ Yes   ☐ No | Was PPE Worn at Time of Incident? ☐ Yes   ☐ No | List PPE Worn |

## OSHA

| Was Employee Treated in an Emergency Room? ☐ Yes   ☐ No | Was Employee Hospitalized Overnight as an Inpatient? ☐ Yes   ☐ No | |
|---|---|---|
| Name of Physician or Health Care Professional | Name of health Care Facility | |
| Address of Health Care Facility | City | Zip/Postal Code |
| Needle stick Injury? ☐ Yes   ☐ No | Brand of Needle Stick Device | Where did the Injury Occur?  (Be Specific!) |

What Object or Substance Directly Harmed the Employee? (Be Specific!)

What Was the Employee Doing Just Before the Injury? (Be Specific!)

What Happened? (Describe what the employee was doing when injured, what the injury was, and what directly caused the injury)

## EMPLOYEE MUST PROVIDE WRITTEN STATEMENT

DEFS0162

Trk# 143 was going down to Burnegat to start its Route. The truck was being driven by Kenny Jamison and had two loaaders inside (I. Gomez and M. Tisdale). As Kenny approached the Barnegat toll plaza, he fell asleep and started drifting to the right. As the truck drifted right, it hit the toll plaza going about 40 MPH. The truck ran up the concrete divider and got air and went through one of the toll booths. All Members of the truck were taken to the hospatial and were released today.

**Other Operator Statement**

Ask open ended questions to determine what happened (who, what, where, when, why), and closed ended questions to verify facts (Y/N, one answer).

**Witness Statement**

Ask open ended questions to determine what happened (who, what, where, when, why), and closed ended questions to verify facts (Y/N, one answer).

**SKETCH OF INCIDENT SCENE**

DEFS0163

Statement of Ken Jamison                                    4/16/24

SB on GSP In Middle Lane.

Car - Blue Truck - Cut In Front of Me as I approached EZ-Pass. I was forced to the Right Into Toll Booth Area. Traveling too fast to negotiate Toll Booth Lanes. Trying to Steer Between Booths was too far right & struck concrete median. Truck Rose up and over median. I pushed Israel over so he didn't get wedged. I hit my head on Ceiling of Cab. I had to get cut out of Cab as my right leg was caught under the Steering wheel. I went to Jersey Shore Hospital In Neptune. Got Stitches In forehead & Scalp. Then I was released with regular medication.

# EXHIBIT C

DEFS0165



**U.S. Department
of Transportation**

31 Hopkins Plz Ste 800
Baltimore, MD 21201-2818

**Federal Motor Carrier
Safety Administration
Eastern Service Center**

Phone:    (443)703-2240
Fax:        (443)703-2253

# NOTICE OF CLAIM

**United Parcel Service**

Service Date June 10, 2024

Regional Industries LLC
800 E Grand Street
Elizabeth, NJ  07201

**US DOT Number: 3048377
CASE NUMBER: NJ-2024-0290-US1915
PROPOSED CIVIL PENALTY: $44,170**

The Federal Motor Carrier Safety Administration (FMCSA) has issued this Notice of Claim under 49 CFR § 386.11(c).  This is FMCSA's official charging document against Regional Industries LLC, (Respondent or "you").  FMCSA alleges that you committed one or more regulatory violations of the Federal Motor Carrier Safety Regulations (FMCSRs), the Federal Hazardous Materials Regulations (HMRs), and/or the Federal Motor Carrier Commercial Regulations (FMCCRs), and is initiating a civil penalty action against you.  The total proposed civil penalty for the violation(s) alleged below is $44,170.

A complete list and description of the violations alleged against you is included at the end of this Notice of Claim.  FMCSA proposes the civil penalty as follows:

## VIOLATIONS AND CIVIL PENALTY CALCULATION

| Violation | Number of Counts | Proposed Penalty Per Count | Maximum Penalty Proposed Per MCSIA § 222[1] | Total Proposed Penalty for Violation |
|---|---|---|---|---|
| 382.215 | 1 | $9,070 | NO | $9,070 |
| 382.305(b)(1) | 1 | $7,020 | NO | $7,020 |
| 382.305(b)(2) | 4 | $7,020 | NO | $28,080 |
| Total Proposed Civil Penalty | | | | $44,170 |

---

[1] Motor Carrier Safety Improvement Act of 1999, Public Law 106-159 (Dec. 9, 1999).

DEFS0166

## VIOLATIONS

### Violation 1
**49 CFR § 382.215 - Using a driver known to have tested positive for a controlled substance.**

**Count 1:** On or about 04/12/2024, Regional Industries LLC used driver Kenneth Jamison to perform or continue to perform a safety-sensitive function in that its driver drove a commercial motor vehicle in commerce from Jackson, NJ to Barnegat, NJ.  Regional Industries LLC should have known that its driver, Kenneth Jamison, tested positive for Phencyclidine-PCP on 03/03/2023.

### Abatement
Do not allow a driver to perform safety-sensitive functions after the driver has tested positive for a controlled substance in accordance with 49 CFR Part 382.

DEFS0167

NJ-2024-0290-US1915
2 of 9

Enclosed is the Uniform Fine Assessment report. The report explains how FMCSA calculated the proposed civil penalty.

Violations of either safety or hazardous materials regulations discovered during the course of the compliance investigation, but not charged in this Notice of Claim, may have increased the civil penalty proposed for the violations charged in this Notice of Claim. FMCSA has documented such violations in Table 1 enclosed with this Notice of Claim. You may contest the violations in Table 1 by responding to them in your reply.

## HISTORY OF PRIOR VIOLATIONS

Your history of prior violations of the FMCSRs, HMRs, and/or FMCCRs, was taken into account when calculating the proposed civil penalty. In most cases, adverse enforcement history increases the amount of the proposed civil penalty. Some or all of the violations in the prior case(s) referenced below have been considered as adverse history in the proposed penalty calculation in this case:

## COPIES OF EVIDENCE

You can request a copy of the written evidence used by the Agency to document the violations alleged in this Notice of Claim by delivering a request to the Service Center identified below. You must include the Case Number for this Notice of Claim in your request. The Service Center will provide the evidence to you as quickly as possible, but even if you have not received the written evidence you requested, you must still file a written reply within the time period for replying to the Notice of Claim.

United States Department of Transportation
Federal Motor Carrier Safety Administration
Eastern Service Center
31 Hopkins Plz Ste 800
Baltimore, MD 21201-2818

## SETTLEMENT NEGOTIATION

You can contact the Service Center to discuss settlement or to enter into a payment plan at any time during the proceedings until a final decision has been made by the Assistant Administrator, Arbitrator or Administrative Law Judge. To begin settlement negotiations, contact an FMCSA Enforcement Program Specialist at 609-900-5744.

Your request to discuss settlement or a payment plan does NOT extend your time for serving a written reply.

DEFS0168

NJ-2024-0290-US1915
3 of 9

## REPLY OPTIONS

You can find the procedural rules applicable to this Notice of Claim in Part 386 of Title 49 of the Code of Federal Regulations. A copy of Part 386 is enclosed with this Notice of Claim. You should review it because you are required to follow those rules when replying to this Notice of Claim.

**You must (1) pay the civil penalty in full; or (2) serve a written reply requesting binding arbitration; or (3) serve a written reply requesting administrative adjudication. If you do not choose one of these options or finalize a settlement agreement within 30 days from the service date of the Notice of Claim, default judgment may be entered against you.**

You must select only one of three options in your reply:

## OPTION 1 -- PAY ENTIRE PROPOSED CIVIL PENALTY

You may pay the entire proposed civil penalty within 30 days of service of this Notice of Claim. If full payment is made within 30 days of service date of this Notice of Claim, you are not required to file a written reply.

Payment of the civil penalty constitutes an admission of the violation(s) set forth in the Notice of Claim. Once admitted, FMCSA may consider these violations in future cases which may lead to higher penalties in a future enforcement action.[2] If a pattern of violations of the same or related acute and/or critical regulations is discovered in a future investigation, FMCSA may assess the maximum civil penalty for such violations in a subsequent civil penalty action.[3]

Payment may be made electronically through FMCSA's SAFER website at http://safer.fmcsa.dot.gov. Select "Online Fine Payment" and follow instructions.

Payment may also be made by cashier's check, certified check, or money order made payable to FMCSA.

Mail payments to:

United States Department of Transportation
Federal Motor Carrier Safety Administration
Eastern Service Center
31 Hopkins Plz Ste 800
Baltimore, MD 21201-2818

---

[2] See 49 U.S.C. § 521(b)(2)(D), 49 U.S.C. § 14901(c), and/or 49 U.S.C. § 5123(c).
[3] See 49 CFR § 385.905; Supplemental Policy on Assessing Maximum Fines Under the Motor Carrier Safety Improvement Act of 1999 (MCSIA) Section 222 74 Fed. Reg. 14185 (March 30, 2009).

DEFS0169

## OPTION 2 -- REQUEST BINDING ARBITRATION

If you only dispute the amount of the civil penalty or the length of time in which to pay the civil penalty, you can ask to have this case resolved through binding arbitration.

Binding arbitration is only available if you serve a written reply admitting all violation(s) and specifically requesting binding arbitration within 30 days of the service date of the Notice of Claim.

Legal or regulatory questions may not be addressed in the binding arbitration process. The amount of a claim cannot be arbitrated in cases where a statutory minimum or required statutory maximum has been assessed, but you can ask to arbitrate the length of time to pay the penalty.

The FMCSA Office that issued this Notice of Claim has the right to object to the request for binding arbitration. If there is an objection, the FMCSA Assistant Administrator will determine whether to refer the matter for binding arbitration and will issue a written decision responding to the request.

FMCSA's guidance on the use of binding arbitration is available on our website: http://www.fmcsa.dot.gov. Copies may also be obtained from the Service Center.

## OPTION 3 -- REQUEST ADMINISTRATIVE ADJUDICATION

If you dispute the violation(s) and/or penalty assessment, you must request administrative adjudication by serving a written reply to the Notice of Claim within 30 days of the service date of the Notice of Claim. The written reply must comply with the requirements of 49 CFR § 386.14. At a minimum the reply must:

A. Be in writing and clearly state the reason you are disputing each violation set forth in the Notice of Claim (i.e., why you are not admitting the violation(s)).

B. Contain any affirmative defenses.

C. Admit or deny each separately stated and numbered allegation of violation in the Notice of Claim. If you state that you have insufficient information to admit or deny any particular numbered allegation(s), it will be deemed a denial. Any allegations in the Notice of Claim not specifically denied in the reply will be deemed admitted. A general denial of the claim is insufficient and may result in a default being entered by the Assistant Administrator.

D. Include a statement selecting **one** of the options for administrative adjudication available under 49 CFR § 386.14(d)(1)(iii):

    a.    Submit written evidence without a hearing; or

    b.    Request an informal hearing; or

    c.    Request a formal hearing.

Once you select a type of administrative adjudication, it is binding unless you change your

DEFS0170

selection during the time period for serving your reply. If you do not amend your written reply within that time period, you cannot change your selection later in the proceeding.

## SERVICE OF REPLY

You must serve your reply in accordance with 49 CFR § 386.6, which addresses the manner and method of service. Your reply must be sent to the Service Center identified in this Notice of Claim, and copies of your reply must be sent to any other person or party identified in the Certificate of Service attached to this Notice of Claim. Your reply must contain a Certificate of Service complying with 49 CFR § 386.6(c). You may use the optional reply and Certificate of Service example that is enclosed.

## CONSEQUENCES FOR
## FAILURE TO REPLY TO THE NOTICE OF CLAIM

Failure to reply to the Notice of Claim in a timely or correct manner, as specified in 49 CFR § 386.14, may be treated as if no reply has been filed. Failure to reply may cause FMCSA to issue a Notice of Default and Final Agency Order which will declare the Notice of Claim, including the civil penalty, to be the final agency order in these proceedings. The final agency order will become effective 5 days after the Notice of Default and Final Agency Order is served. A default will constitute an admission of all facts alleged in the Notice of Claim and a waiver of the opportunity to contest the claim.

If you do not pay the amount specified by a Final Agency Order, FMCSA may collect interest, penalties, and administrative charges. FMCSA may also refer the debt for collection to collection agencies and/or the Department of Treasury who may impose additional interest, penalties, and administrative charges. Collection efforts may include, but are not limited to, Internal Revenue Service offsets against tax refunds, and a civil action in the United States District Court to recover any amounts owed by you.

**Under 49 CFR §§ 386.83 and 386.84, if you fail to pay the full amount of a civil penalty including any interest, penalties, or administrative charges which have been imposed, you will be prohibited from operating in interstate commerce and, if applicable, your FMCSA operating authority registration will be suspended until the full amount of the civil penalty, including any interest, penalties, and administrative charges, is paid.**

A general denial does not meet the requirements of 49 CFR § 386.14(d)(1) and is not a sufficient reply; therefore, a default judgment may be entered against you.

**If a default is entered, FMCSA will prohibit you from operating in interstate commerce and/or may suspend your operating authority registration until the civil penalty is paid in full. FMCSA can also recover the penalty assessment, with interest and costs, in a civil action brought in a United States District Court, collection efforts through the Internal Revenue Service, or referral to collection agencies.**

FMCSA recommends that you review the enclosed copy of 49 CFR Part 386. Questions concerning this Notice of Claim should be directed to FMCSA's Enforcement Program Specialist at 609-900-5744. FMCSA personnel cannot provide legal advice to you regarding these proceedings.

DEFS0171

NJ-2024-0290-US1915
6 of 9

proceedings.

Sincerely,

Christopher Rotondo
Division Administrator
Federal Motor Carrier Safety Administration

DEFS0172

# EXHIBIT D

DEFS0173

**Supervisor's First Report of Incident**

Site Number 520    Site Name Meadowbrook    City/State Jackson NJ

**Employee Data**

First Name, Last Name, Initial: Keneth Jenison    Social Security Number: [redacted]

Date of Birth: 7-10-79    Sex: ✓M __F    Hourly Wage: 21.45    Average Hours p/wk: 40

Start Time: 5:15    Job Description: Driver    Department/LOB: Residential

Job Class: Casual/Temp __Casual/Temporary __Leased __Part Time __Full Time ✓    Hire Date: 7-12-19

Married __Yes ✓No    Is Spouse a Dependant? __Yes __No    Total # of Dependants:

Home Address: 2324 Pine Grove Ave    Phone #: 848 224 9861

City: Toms River NJ    State:    Zip:

Driver's License Number: [redacted]    Class Type: B    State: NJ    Expiration Date: 7-10-28

**Incident Location**

Date:    Time:    Type of Incident: __Accident __Employee Injury    Deny Claim? __Yes __No    Subrogate? __Yes

Accident or Injury Occurred: __On Premises __Off Premises    Address or Site Area Incident Occurred:

Description of Incident: Lost Air Pressure on Brakes was Driving on 70 came to a controled stop and Tapped The bumper of the car in front of me.

Preventable. Employee Drove truck with Air Pressure below 60 lbs. buzzer going off and kept going causing rear brakes to engage, heat up and glaze over. Employee stated incident on the rear not tried to pull airhorn to warn car ahead but had no air pressure to activate horn.

☐1 = our vehicle
☐2 = others

Show position of vehicle, stop signs, red lights, parked vehicles, pedestrians, etc.

Diagram of Incident

**Supervisor & Employee**

Supervisor Name:

Investigator's Name (Person who prepared form):    Date:

Insurance Claim Number:    Total Incurred Cost ($):

DEFS0174

Supervisor's First Report of Incident (

## SECTION III - COMPLETE THIS SECTION FOR VEHICULAR AND PROPERTY DAMAGE INCIDENTS

### DOT Register Data

| Report to Insurance: ✓ Yes ___ No | DOT Recordable: ___ Yes ✓ No | Fatality: ___ Yes ✓ No | Medical Treatment: ___ Yes ___ No | Tow Away: ___ Yes ✓ No |
|---|---|---|---|---|

### Vehicle Data — Ours

| Unit Number: 165 | Type of Vehicle: Rear Loader | Damage-Vehicle: ___ Yes ✓ No | Towed ___ Yes ✓ No |
|---|---|---|---|
| Year: | Make: Mack | Model: MRU613 | License Plate: |
| Weather Conditions: Clear | | VIN Number: | |

### Claimant Data (If there are more than 2 claimants, please provide them on a separate sheet of paper)

| | Claimant Name | Address | Phone | |
|---|---|---|---|---|
| I | Driver? ___ Yes ___ No | License Number/State | | |
| | Towed? ___ Yes ___ No | If Yes, Where? | Vehicle Year | Vehicle Model Toyota |
| | Owner's Name | Address | Phone | |
| | Insurance Carrier/Policy # | | Phone | |
| II | Claimant Name | Address | Phone | |
| | Driver? ___ Yes ___ No | License Number/State | | |
| | Towed? ___ Yes ___ No | If Yes, Where? | Vehicle Year | Vehicle Model |
| | Owner's Name & Phone | Address | Phone | |
| | Insurance Carrier/Policy # | | Phone | |

### Property Damage Data (If there are more than 2 properties damaged, please provide details on a separate sheet of paper)

| | Contact/Business Name | Phone |
|---|---|---|
| I | Location/Address | |
| II | Contact/Business Name | Phone |
| | Location/Address | |

### Police Report

| Was Ticket Issued? ___ Yes ___ No | If Yes, To Whom? ___ Us ___ Others ___ Both | For what? | |
|---|---|---|---|
| Police Department | Report # | Name/Badge Number of Officer | |

Witnesses (Name, Address, Phone)

DEFS0175



DEFS0176



DEFS0177

Get Your Police Report at
*CRASHDOCS*.ORG

Toms River Police Department

6/30/22          22-31945
ACCIDENT DATE        POLICE REPORT NUMBER

Reports are available 5-7 business days after incident

DEFS0178

# BRANDON J. BRODERICK

### ATTORNEY AT LAW
#### A Limited Liability Company

65 East Route 4, First Floor
RIVER EDGE, NEW JERSEY 07661
PHONE: 201-853-1505
FAX: 201-489-0878

July 19, 2022

Township of Manchester
1 Colonial Drive
Manchester Township, NJ 08759
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2629 0689**
**RRR#: 9414 8149 0225 0580 2211 88**

Township of Manchester
Department of Public Works
1 Colonial Drive
Manchester Township, NJ 08759
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2634 2680**
**RRR#:9414 8149 0225 0580 2212 01**

Atlantic Pier Co
P.O Box 207
Belford, NJ 07718
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2639 5753**
**RRR#: 9414 8149 0225 0580 2212 25**

State of NJ – Dept of Law & Safety
R.J Hughes Complex
25 Market Street
Trenton, NJ 08625
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2643 9789**
**RRR#: 9414**

County of Ocean
101 Hooper Avenue
Toms River, NJ 08753
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2631 9030**
**RRR#:9414 8149 0225 0580 2111 95**

Regional Industries
800 East Grand Street
Elizabeth, NJ 07201
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2636 5018**
**RRR#: 9414 8149 0225 0580 2212 18**

Attorney General
Bureau of Risk Management
P.O Box 620
Trenton, NJ 08625
**Attn: Tort Claims Unit/Legal Dept**
**FedEx#: 7774 2641 5461**
**RRR#: 9414 8149 0225 0580 2212 49**

Re:　　　　　　Accident Date:　**06/30/20222**
　　　　　　　My Client(s):　**Ms. Annette Parks**
　　　　　　　Location:　**Ocean County Landfill located at 2498 Route 70 in Manchester Township, motor vehicle accident occurred on Route 70 and Whitesville Road in Toms River, NJ**

Dear Sir/Madam:

Please find enclosed notice to the Township of Manchester, Township of Manchester Department of Public Works, County of Ocean, Atlantic Pier Co, Regional Industries, and the State of New Jersey pursuant to the New Jersey Tort Claims Act.

Kindly turn this letter over to your insurance carrier and have them contact me.

Very truly yours,

BRANDON J. BRODERICK ESQ.

BJB/as, Enclosure (s)

DEFS0179

## NOTICE OF CLAIM FOR DAMAGES

1. **Name & Addresses:**            **Ms. Annette Parks**
                                    **3101 Norma Place**
                                    **Toms River, NJ 08755**

2. **Social Security No. of Claimant(s):**    **09/16/1945**
                                              **To Be Provided**

3. **Send all correspondence to:**    **Brandon J. Broderick, Esq.**
                                      **65 East Route 4, First Floor**
                                      **River Edge, New Jersey 07661**

4. **Date of Incident:**    **06/30/2022**

5. **Place of Incident:**    **Ocean County Landfill located at 2498 Route 70 in Manchester Township, motor vehicle accident occurred on Route 70 and Whitesville Road in Toms River, NJ**

6. **Description of Incident:**    **Claimant was driving eastbound on Route 70 when she was rear ended by a garbage truck due to the malfunctioning of the brakes. Further investigation revealed that the garbage truck had recently left the Ocean County Landfill located at 2498 Route 70 in the Township of Manchester at which time the airline to the brakes got pulled off the truck. Driver, Kenneth M. Jamison was alerted to the malfunctioning brakes but proceeded to drive, creating a hazardous condition and causing claimant to sustain injuries. (Please see attached photos).**

7. **Name of Public entity causing injury and/or damage:**    **Township of Manchester, Township of Manchester Department of Public Works, County of Ocean, Atlantic Pier Co, Regional Industries, and the State of New Jersey pursuant to the New Jersey Tort Claims Act.**

8. **Injuries Incurred:**    **Injuries to claimant include but are not limited to both of her shoulders as well as her head.**

9. **Amount of Claim:**    **$1,000,000.00**

**Date: 07/19/2022**                        **Brandon J. Broderick, Esq.**
                                            **Attorney for Ms. Annette Parks**

DEFS0180

**New Jersey Police Crash Investigation Report**   ☒ Reportable   ☐ Non-Reportable   ☐ Change Report

PAGE **1** OF **2**   ☐ Fatal

| Field | Value |
|---|---|
| 1 Case Number | 22-31945 |
| 10 Crash Occurred On: | ROUTE 70 |
| 11 Speed Limit | 50 |
| 12 Route No. | 0070 |
| 13 Milepost | - - |

2 Police Dept of: **TOMS RIVER POLICE DEP** Code **01**
At Intersection With ☒ Feet   ☐ Miles   **156**   ☐ N ☐ E / ☐ S ☒ W of: Road Name **WHITESVILLE RD**   Dir -   18 Speed Limit **50**

3 Station/Precinct **DISTRICT ONE**   19 Ramp: To / From -   17 Cross Road Name   ☐ NB ☐ EB ☐ SB ☐ WB

4 Date of Crash (mm dd yy): **06/30/22**   5 Day Of Week: **THURSDAY**   6 Time (use 2400 hrs): **1431**   7 Municipality Code: **1507**   8 Total Killed: **--**   9 Total Injured: **1**   21 Latitude: **40.037370**   20 Route/Name   22 Longitude: **-74.242560**

**Vehicle 1**

23 Veh # **1**   24 Policy No. **PC22042579-0**   25 NJ Ins. Code **117**
☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp To Emergency ☐ Hit & Run

26 Driver's First Name **KENNETH**   Initial **M**   Last Name **JAMISON**   28 - 29 Sex **M**

27 Number & Street **2324 PINE GROVE AVE**

28 City **TOMS RIVER**   State **NJ**   Zip **08753**

30 Eyes **02**   DL Class **D**   Restrictions -   Endorsements -   31 State **NJ**

32 Driver's License Number   33 DOB (mm dd yyyy) -   34 Expires (mm yy) **07/10/1979 07 26**

35 Owner's ☐ Same As Driver   First Name -   Initial -   Last Name **REGIONAL INDUST -**

36 Number & Street **800 EAST GRAND ST**

37 City **ELIZABETH**   State **NJ**   Zip **07201**

38 Make **MACK**   39 Model **MRU**   40 Color **WT**   41 Year **2016**   42 Plate No. **XCYB68**   43 State **NJ**

44 VIN **1M2AV04C1GM013901**   45 Expires **08 22**

46 Vehicle Removed To -
☒ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded
☐ Left At Scene ☐ Towed Impounded

47 Authority ☐ Owner ☐ Driver ☒ Police

48 Alcohol/Drug Test Given: ☒ No ☐ Yes ☐ Refused   Type: ☐ Breath ☐ Blood ☐ Urine   Results: 0. - %   ☐ Pending
49 Hazardous Material ☒ None ☐ On Board ☐ Spill   Hazard Class -   Placard No. -

50 Carrier No. ☐ USDOT - ☒ None / ☐ MC/MX -
51 GVWR/GCWR ☒ Weight <= 10,000 lbs ☐ Weight 10,001-26,000 lbs ☐ Weight >= 26,001 lbs

52 Motor Carrier or Government Entity -
Number & Street -   City -   State -   Zip -

**Vehicle 2**

53 Veh # **2**   54 Policy No. **4460-36-92-93**   55 NJ Ins. Code **148**
☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp To Emergency ☐ Hit & Run

56 Driver's First Name **ANNETTE**   Initial **D**   Last Name **PARKS**   58 - 59 Sex **F**

57 Number & Street **3101 NORMA PL; NORTH PT HOLLOW**

58 City **TOMS RIVER**   State **NJ**   Zip **08755**

60 Eyes **05**   DL Class **D**   Restrictions -   Endorsements -   61 State **NJ**

62 Driver's License Number   63 DOB (mm dd yyyy) -   64 Expires (mm yy) **09/16/1945 09 23**

65 Owner's ☐ Same As Driver   First Name **ANNETTE**   Initial **D**   Last Name **PARKS** -

66 Number & Street **3101 NORMA PL; NORTH PT HOLLOW**

67 City **TOMS RIVER**   State **NJ**   Zip **08755**

68 Make **TOYO**   69 Model **CAM**   70 Color **BK**   71 Year **2011**   72 Plate No. **ZXW43R**   73 State **NJ**

74 VIN **4T1BF3EKXBU123184**   75 Expires **05 23**

76 Vehicle Removed To -
☒ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded
☐ Left At Scene ☐ Towed Impounded

77 Authority ☐ Owner ☐ Driver ☒ Police

78 Alcohol/Drug Test Given: ☒ No ☐ Yes ☐ Refused   Type: ☐ Breath ☐ Blood ☐ Urine   Results: 0. - %   ☐ Pending
79 Hazardous Material ☒ None ☐ On Board ☐ Spill   Hazard Class -   Placard No. -

80 Carrier No. ☐ USDOT - ☒ None / ☐ MC/MX -
81 GVWR/GCWR ☐ Weight <= 10,000 lbs ☐ Weight 10,001-26,000 lbs ☐ Weight >= 26,001 lbs

82 Motor Carrier or Government Entity -
Number & Street -   City -   State -   Zip -

135 Damage To Other Property ☐ Yes (If Yes, describe) ☒ No
-

| Oper. | 136 Charge | 137 Summons. No. | Oper. | 138 Charge | 139 Summons. No. |
|---|---|---|---|---|---|
| 01 | 39:4-97 | E22004423 | - | - | - |
| Oper. | 140 Charge | 141 Summons. No. | Oper. | 142 Charge | 143 Summons. No. |
| - | - | - | - | - | - |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 01 | 01 | 05 | 42 | M | - | - | - | 04 | 04 | - | - | KENNETH M JAMISON 2324 PINE GROVE AVE TOMS RIVER NJ 08753 - |
| B | 02 | 01 | 01 | 04 | 76 | F | 01 | 08 | 02 | 11 | 04 | - | 6501 | ANNETTE D PARKS 3101 NORMA PL; NORTH TOMS RIVER NJ 08755 - |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |

DEFS0181

PAGE __2__ OF __2__

| | New Jersey Police Crash Investigation Report | Police Dept: **TOMS RIVER POLICE DI** Code: __01__ |
| | | Station: **DISTRICT ONE**  Case No: __22-31945__ |

(Refer to vehicle by number)

| | | Veh Occ | Pos In/On | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Ref Med | Equip Avail | Equip Used | Bag Dept | Hosp Code | Names & Addresses of Occupants – If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | |
| A L L | E | | | | | | | | | | | | | | |
| I N V O L V E D | F | | | | | | | | | | | | | | |
| | G | | | | | | | | | | | | | | |
| | H | | | | | | | | | | | | | | |
| | I | | | | | | | | | | | | | | |
| | J | | | | | | | | | | | | | | |

144 Crash Diagram (NOT TO SCALE)



145 Crash Description/Narrative

Driver of V2 states she was traveling E/B on Route 70, stopped at the red light to turn left on Whitesville Road N/B. Driver of V2 states that V1 hit her in the rear.

Driver of V1 states as he was stopping at the red light directly behind V2, his brakes failed and he could not stop. Driver of V1 states he struck V2 while doing approximately 1 mph.

Officer's investigation reveals that V1 had just left the landfill at 2498 Route 70 in Manchester. Per Regional Waste mechanic, Dean, the air line to the brakes got pulled off the truck while at the landfill. Driver of V1 continued to drive V1, with the brakes not fully functioning, which per Dean, Driver of V1 was alerted to. Driver of V1 is deemed at fault and was cited for careless driving. Dean fixed the brake line on scene and both vehicles were driven from the scene. Driver of V1 did admit to driving while knowing there was an issue with the brakes. Driver of V2 was transported to Community Medical Center for treatment of head pain due to the crash.

| 146 Officer's Signature | 147 Badge # | 148 Reviewer | Badge # | 149 Case Status |
|---|---|---|---|---|
| **NELSON, E** | **442** | **SGT. S. RUIZ** | **331** | ☐ Pending  ☒ Complete |

DEFS0182