Ellen M. Boyle, Esq. - NJ ID No. 04311987
Kirmser, Lamastra, Cunningham & Skinner
202A Hall's Mill Road,P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
ellen.boyle@kirmserlaw.com
Attorneys for Defendants Meadowbrook Industries, Inc.
and Joseph Calderia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Jamison<br><br>Plaintiff<br><br>v.<br><br>Meadowbrook Industries, Inc.; and Joseph Calderia<br><br>Defendants | Hon.  Michael A. Shipp, U.S.D.J.<br><br>Civil Action No.: 3:25-cv-13182-MAS-JTQ<br><br>**ORDER** |

THIS MATTER coming before the Court upon the Motion of Defendants Meadowbrook Industries, Inc.; and Joseph Calderia, for an Order dismissing the Complaint pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure and the Court having considered the submissions of the parties and oral argument, if any; and for good cause shown, now, therefore,

IT IS on this _____ day of _____, 2026;

ORDERED that the Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice be and hereby is GRANTED; and, it is:

ORDERED that a copy of this Order be deemed served upon all counsel upon filing of this Order on E-courts.

_____
Michael A. Shipp , U.S.D.J.