## CERTIFICATION OF FILING AND SERVICE

I, Nicole LoStocco, hereby certify that:

(1)     I am a secretary in the office of Kirmser, Cunningham & Skinner, attorneys for Defendants Meadowbrook Industries, Inc.; and Joseph Calderia in this action.

(2)     On July 7, 2026, the within Notice of Motion, Letter Brief in Support, Certification of Ellen M Boyle with Exhibits, and proposed form of Order, were filed and served via eECF upon:

Clerk, District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Emanuel Kataev, Esq.
Consumer Attorneys PLLC
6829 Main Street
Flushing, NY 11367-1305
Attorneys for Plaintiff, Kenneth Jamison

/s/ Nicole LoStocco

Nicole LoStocco

Dated:  July 7, 2026