**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

KENNETH JAMISON,

               Plaintiff,

    vs.

MEADOWBROOK INDUSTRIES, LLC, and
JOSEPH CALDEIRA,

               Defendants.

Case No.: 3:25-cv-13182 (MAS) (JTQ)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION**

Emanuel Kataev, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the counsel for the Plaintiff in the above-referenced case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents related to this case.

3. I respectfully submit this declaration in opposition to Defenda dismiss (hereinafter the "Motion").

4. The only reason why Plaintiff has failed to proceed with discovery, including by not yet responding to discovery requests served on October 31, 2025, is because Plaintiff has been incarcerated since May 20, 2025. See Exhibit A.

5. Throughout the inception of filing the complaint and thereafter, Plaintiff and his counsel facilitated communications concerning the case through the means of an intermediary, Plaintiff's girlfriend then

6. Your undersigned met with Plaintiff virtually once before his incarceration and by phone after his incarceration with the assistance of his girlfriend on or about February 4, 2025; July 2, 2025; July 8, 2025; October 21, 2025; and December 19, 2025.

7.     After December 19, 2025, your undersigned counsel was no longer able to have calls with the Plaintiff as his then-girlfriend was no longer involved in a relationship with him and informed support staff at my firm she would no longer serve as a liaison for Plaintiff.

8.     As a result, your undersigned needs to visit the Ocean County jail where Plaintiff is incarcerated in order to properly complete and serve the discovery responses.

9.     Your undersigned resides in Great Neck, New York such that any meeting with Plaintiff would require your undersigned to travel nearly one hundred (100) miles to meet with Plaintiff.

10.    Your undersigned was aware from prior meetings were not an option for Plaintiff whi there is no feasible way, to your t... Plaintiff needs for review the voluminous discovery demands and P need to be able to refer to ... documents they disp to the demands

11.    At the June 10, 2026 telephonic confer U.S.M.J. ("Judge ... Court appointment questioned why Plaintiff did not make efforts with Plaintiff by virtual or other remote mea available.

12.    Your undersigned ... believe that; such notwithstanding ... child support at of Michael Budt Administrator inquire email

13. Your undersigned informed the Court its Administrator advised virtual meeting would not be an option arranged.

14. In light of the foregoing circumstance sanction of dismissal is too harsh, as Plaint counsel in order to properly complete discove

15. I thank this honorable Court for its time and attention to this case, and apologize for the delays incurred.

16. While Plaintiff has found authority that courts may stay litigation in such circumstances where a party is incarcerated, Plaintiff seeks a sixty (60) day extension of time to permit your undersigned to travel to the Ocean County jail in order to finalize the discovery responses and serve them on Defendants.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 20, 2026.

 /s/ Emanuel Kataev, Esq.  
Emanuel Kataev, Esq.