

**INMATE LOOKUP**

| Inmate Database Search | Inmate Database Search Results | Inmate Information |

# Inmate Information

To return to the Search Results page, click on the Inmate Database Search Results tab, or to revise your search, click on the Inmate Database Search tab.

**Name: KENNETH MCDONALD JAMISON**



| | |
|---|---|
| **Sex:** | M |
| **DOB:** | 07/10/1979 |
| **Height:** | 506 |
| **Weight:** | 180 |
| **Hair Color:** | BROWN |
| **Hair Length:** | LONG |
| **Eye Color:** | BROWN |
| **Complexion:** | |

### Inmate Information

| | | | |
|---|---|---|---|
| **Booking #:** | 15-234706 | **Race:** | BLACK |
| **Permanent ID #:** | V2199 | **Ethnicity:** | AFRICAN AMERICAN |
| **State ID:** | | **Marital Status:** | DIVORCED |
| **Police/County ID:** | | **Citizen:** | UNITED STATES |
| **FBI #:** | | **Country of Birth:** | UNITED STATES |
| **ICE #:** | | | |

### Incarceration Information

| | | | |
|---|---|---|---|
| **Current Housing Section:** | | **Current Location:** | MAIN |
| **Current Housing Block:** | | **County:** | OCEAN |
| **Current Housing Cell:** | | **Commitment Date:** | 05/20/2025 |
| **Current Housing Bed:** | | **Projected Release Date:** | |

Please Note: Projected Release Date is subject to change.

### Alias Information

| Last Name | First Name | Middle Name |
|---|---|---|
| K- MONEY | | |

### Detainer Information

There is no detainer information for this inmate.

### Bond Information

| Case # | Bond Type | Amount | Status | Percent | Set By | Additional | Set Date | Total |
|---|---|---|---|---|---|---|---|---|
| w20250006771507 | NO BAIL | $0.00 | Open | | | $0.00 | 05/20/2025 | $0.00 |
| | | | | | | | **Total:** | $0.00 |

### Charge Information

| Case # | Offense Date | Code | Description | Grade | Degree |
|---|---|---|---|---|---|
| w20250006771507 | | 2C:18-2.1 | BURGLARY- HOME INVASION | | |
| w20250006771507 | | 2C:39-4D | WEAPON POSS UNLAW PURPOSE-OTHER | | |
| w20250006771507 | | 2C:39-5D | UNLAW POSS WEAP-OTHER | | |
| w20250006771507 | | 2C:24-4A | ENDANGER WELFARE CHILD-DUTY | | |
| w20250006771507 | | 2C:24-4A | ENDANGER WELFARE CHILD-DUTY | | |
| w20250006771507 | | 2C:17-3A(1) | CRIM MISCHIEF-DAMAGE PROPERTY | | |
| w20250006771507 | | 2C:12-3B | THREAT TO KILL | | |
| w20250006771507 | | 2C:12-3B | THREAT TO KILL | | |
| w20250006771507 | | 2C:12-3B | THREAT TO KILL | | |
| w20250006771507 | | 2C:12-3B | THREAT TO KILL | | |
| w20250006771507 | | 2C:12-3B | THREAT TO KILL | | |

| w20250006771507 | 2C:12-3B | THREAT TO KILL |
| w20250006771507 | 2C:12-3B | THREAT TO KILL |
| w20250006771507 | 2C:12-3B | THREAT TO KILL |

**Hearing Information**

There is no hearing information for this inmate.

© Copyright 2019, DSI-ITI, Inc. All Rights Reserved